# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-571
_____

DOUGLAS L. DRIVER and
MARGARET R. DRIVER,

Petitioners,

v.

CITY OF NEPTUNE BEACH, CRAIG
WILLIAMS, ET AL.

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

November 1, 2018

PER CURIAM.

DENIED.

ROBERTS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jeb T. Branham, Jacksonville Beach, for Petitioners.

Patrick W. Krechowski, Neptune Beach, and Karl J. Sanders of Jones, Foster, Johnston & Stubbs, PA, West Palm Beach, for Respondents.